B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Laverge McGee__  Case No. __13 B 03819__
   Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __76.50__ on or before __March 1, 2013__

   $ __76.50__ on or before __March 29, 2013__

   $ __76.50__ on or before __April 30, 2013__

   $ __76.50__ on or before __May 30, 2013__

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ ; at _____.
                                                     (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: February 12, 2013

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Laverge McGee,** | ) | **13 B 03819** |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

    I, Paulina Garga, hereby certify that on February 12, 2013, I caused to be served copies of the attached **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** on all persons listed below either through the Courts's Electronic Notice for Registrants System or by first class United States mail (**) in properly addressed envelopes with postage prepaid.

_____
Paulina Garga
Relief Courtroom Deputy

### SERVICE LIST

*Debtor(s)(\*\*)*
**Lavergne McGee**
2821 W Polk
Chicago, IL 60612

*Trustee*
**Miriam R Stein**
mstein@chuhak.com

*U.S. Trustee*
**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov